# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Grace L. Sandoval

              V.                              **JUDGMENT IN A CIVIL CASE**

Colin Powel

                                              CASE NUMBER:   10cv0072-WQH-RBB

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Complaint is Dismissed without prejudice.

| January 26, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                        s/L Odierno
                                                       (By) Deputy Clerk

                                                       ENTERED ON January 26, 2010